97 BLEECKER STREET, INC., Appellant, *v.* ESS DEE GEE Co., INC., Respondent.

(Argued October 15, 1929; decided November 19, 1929.)

556 

*Henry C. Burnstine* and *Emanuel J. Freiberg* for appellant.

*Herman Gottlieb* for respondent.

Judgment of the Appellate Division and that of the Trial Term modified by offsetting against the judgment in favor of the defendant upon its counterclaim the installments of interest accruing upon the deposit of $25,000 at or before the commencement of the action, viz., the sum of $2,500, and as modified affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.